Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

troutman.com



**Timothy J. St. George**
tim.stgeorge@troutman.com

December 21, 2017

**VIA ELECTRONIC COURT FILING**

The Honorable John G. Koeltl
United States District Judge, Southern District of New York
United States Courthouse, 500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

Re:   Ronald Hawkins v. CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC, Civil Action No. 1:16-cv-2438-JGK

Dear Judge Koeltl:

On behalf of defendant CoreLogic Rental Property Solutions, LLC ("RPS"), I write to notify the Court that this Parties to this case have settled all claims between them in this matter and are in the process of drafting settlement documents. The parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. The parties anticipate filing papers to dismiss all claims by January 31, 2018. Thus, the parties request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 31, 2018 for filing appropriate dismissal papers.

Agreed to by:
    Kevin Mallon
    Mallon Consumer Law Group, PLLC
    *Attorneys for Plaintiff*

Respectfully submitted,

/s/

Timothy J. St. George

Cc: All counsel of record (via ECF)